IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LAURA TRULLINGER, individually**
**and on behalf of all others similarly situated**                    **PLAINTIFF**

v.                          **Case No. 3:22-cv-00137 KGB**

**CITY OF JONESBORO, ARKANSAS**                                      **DEFENDANT**

## ORDER

Before the Court is defendant City of Jonesboro's ("Jonesboro") motion to substitute certain exhibit (Dkt. No. 15). Jonesboro represents that it has filed a joint motion for final approval of the class action settlement (*Id.*, ¶ 1). The notice of intent to opt-out of proposed class action settlement, attached to the motion as Exhibit 1, was inadvertently filed with sensitive personal information (Dkt. Nos. 14-1; 15, ¶ 2). Jonesboro therefore requests that it be allowed to file a substitute redacted version of the document with the Clerk's office (Dkt. No. 15, ¶ 3). For good cause shown, the Court grants the motion (*Id.*). The Court: (1) directs the Clerk of Court to seal what is currently Docket Number 14-1 until such time as Jonesboro files a substitute redacted version of the document to replace it; and (2) instructs Jonesboro to file a substitute redacted copy of the notice of intent to opt-out of proposed class action settlement in lieu of what is currently Docket Number 14-1 to replace it.

It is so ordered this 8th day of November, 2024.

Kristine G. Baker
Chief United States District Judge