# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LAURA TRULLINGER**                                                                                                        **PLAINTIFF**

**v.**                                        **Case No. 3:22-cv-00137 KGB**

**CITY OF JONESBORO,** *et al.*                                                                     **DEFENDANTS**

## ORDER

Jenna Adams, counsel for defendants, is hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the courthouse in Jonesboro, Arkansas, on Monday, November 25, 2024, for a hearing in this matter, and continuing each day thereafter until the hearing concludes, subject to the following rules:

(a) This Order grants permission for those individuals identified in this Order to bring a cell phone, laptop computer, or personal digital assistant into the courthouse for their personal use, not to bring in such devices possessed by or for use by other individuals not identified in this Order.

(b) The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(c) Cell phones must be turned off and put away when in the courtroom.

(d) Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(e) Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to placing the device

through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(f)   The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), (c), or (d) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

It is so dated this the 25th day of November, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge